**Electronically Filed
Supreme Court
SCWC-23-0000436
10-JUN-2026
02:10 PM
Dkt. 11 ODAC**

SCWC-23-0000436

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

SHERRI R. FROST and LARRY FROST,
Petitioners/Plaintiffs-Appellants,

vs.

ASSOCIATION OF APARTMENT OWNERS OF PUʻU POʻA
(by and through the Board of Directors); and
HAWAIIANA MANAGEMENT COMPANY,
Respondents/Defendants-Appellees,

and

ANN ROSS,
Defendant-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000436; CASE NO. 5CCV-20-0000058)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Morikawa, assigned by reason of vacancy)

The application for writ of certiorari filed by

Petitioners/Plaintiffs-Appellants Sherri R. Frost and Larry

Frost on April 24, 2026, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, June 10, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Trish K. Morikawa

